# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>        vs.<br><br>Genesis Godinez (02),<br><br>                    Defendant. | CASE NO. 10CR2253-JAH<br><br>**JUDGMENT OF DISMISSAL** |

FILED
2010 DEC -7 PM 2:28
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY

       IT APPEARING that the defendant is now entitled to be discharged for the reason that:

__X__   an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

_____   the Court has dismissed the case for unnecessary delay; or

_____   the Court has granted the motion of the Government for dismissal; or

_____   the Court has granted the motion of the defendant for a judgment of acquittal; or

_____   a jury has been waived, and the Court has found the defendant not guilty; or

_____   the jury has returned its verdict, finding the defendant not guilty;

__X__   of the offense(s) of the Information: 31 USC 5316 & 5332; 31 USC 5317(c)(1), 5332(a)(1) and (b)(2).

       IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: 11/30/10

_____
John A. Houston
UNITED STATES DISTRICT JUDGE